IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ORELIA FLORES AND RUBEN FLORES | § § § | |
| VS. | § § § | CIVIL ACTION NO.: 7:15-cv-00339 |
| | § | **(JURY DEMANDED)** |
| STATE FARM LLOYDS | § | |

**STIPULATION OF DISMISSAL PURSUANT TO
RULE 41(a)(1)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiffs Orelia Flores and Ruben Flores and Defendant State Farm Lloyds ("the Parties") announce to the Court that the matters in controversy between them have been settled and that the consideration for the settlement has been paid in full and received. In accordance with the Release and Indemnity Agreement between the Parties, the Parties <u>stipulate to suit dismissal with prejudice</u>.

The Parties respectfully pray that the Court direct the Clerk to close the case file.

**AGREED TO AND APPROVED BY:**

| | |
|---|---|
| **LAW OFFICE OF DANIEL SANTOS** | **ADAMS & GRAHAM, L.L.P.** |
| 605 E. Violet Ave., Ste. # 3 | 134 E. Van Buren, Suite 301 |
| McAllen, Texas 78504 | Harlingen, Texas 78550 |
| Telephone: (956) 630-5781 | Telephone: (956) 428-7495 |
| Facsimile: (956) 630-0872 | Facsimile: (956) 428-2954 |
| | |
| By: /s/ *Daniel Santos* | By: /s/ *Craig H. Vittitoe* |
| **DANIEL SANTOS** | **CRAIG H. VITTITOE** |
| Federal Bar No. 37664 | Federal Bar No. 18756 |
| State Bar No. 24034666 | State Bar No. 20593900 |
| **dsantos@danielsantoslaw.com** | **chvittitoe@adamsgraham.com** |
| | |
| COUNSEL FOR PLAINTIFFS, | COUNSEL FOR DEFENDANT, |
| **ORELIA AND RUBEN FLORES** | **STATE FARM LLOYDS** |