UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ORELIA FLORES, *et al*, § <br> § <br> Plaintiffs, § <br> VS. §    CIVIL ACTION NO. 7:15-CV-339 <br> § <br> STATE FARM LLOYDS, § <br> § <br> Defendant. § | |

# ORDER

    The Court now considers the "Stipulation of Dismissal,"[1] filed by Orelia and Ruben Flores ("Plaintiffs") and State Farm Lloyds ("Defendant") announcing to the Court that the case is settled and that the parties agree to dismiss all matters in controversy with prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendant may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties. Since the stipulation of dismissal is signed by both Plaintiffs and Defendant, the only parties in the case, the parties have effectively dismissed the case and no further action by this Court is necessary. Thus, the Clerk of the Court is instructed to close the case.

    IT IS SO ORDERED.

    DONE this 16th day of October, 2015, in McAllen, Texas.

                                                                                Micaela Alvarez
                                                          UNITED STATES DISTRICT JUDGE

---

[1] Dkt. No. 8.